# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00215-CV

**In re Noble Capital Servicing, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator Noble Capital Servicing, LLC has filed a petition for writ of mandamus. *See* Tex. R. App. P. 52.1. On the Court's own initiative, we temporarily stay the provision of the trial court's March 14, 2022 order setting a 45-day deadline for Relator to specifically perform certain obligations pending further order of this Court. *See id*. R. 52.10(b). No other provision of the trial court's order nor any proceedings in the trial court are stayed. The Court orders the real parties in interest to file responses to the petition for writ of mandamus on or before May 2, 2022.

It is ordered on April 22, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith